## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT  
FOR THE SOUTHERN DISTRICT OF NEW YORK

Purchased/Filed: March 21, 2022  
Index #   1:22-cv-02252-GHW

*Gonzalo Cornelio, individually and on behalf of others similarly situated*   Plaintiff

against

*Ameer Food Corp (d/b/a Ameer Food Corp.), Zack Abdo, and Adman Ismail*   Defendant

STATE OF NEW YORK  
COUNTY OF ALBANY   SS.:

___James Perone___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___March 31, 2022___, at ___11:00 AM___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Complaint and Notice of Intention to Enforce Shareholder Liability for Services Rendered on

___Ameer Food Corp___, the Defendant in this action, by delivering to and leaving with ___Nancy Dougherty___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee 40 dollars; That said service was made pursuant to Section 306 Business Corporation Law. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served:  Approx. Age: ___55-60___   Approx. Wt: ___130lbs___   Approx. Ht: ___5'3"___  
Color of skin: ___White___   Hair color: ___Black___   Sex: ___Female___   Other: _____

Sworn to before me on this

___31st___ day of March 2022

/s/ HM  
HEATHER MORIGERATO  
NOTARY PUBLIC, STATE OF NEW YORK  
NO. 01MO6261464  
QUALIFIED IN ALBANY COUNTY  
COMMISSION EXPIRES MAY 14, 2024

/s/ James Perone  
James Perone  
**Attny's File No.**  
Invoice•Work Order # S1874896

**SERVICO. INC.. P.O. BOX 871. ALBANY. NY 12201**