Attorney:
CATALINA SOJO, ESQ.
CSM LEGAL, P.C.
60 EAST 42ND STREET SUITE 4510 NEW YORK, NY
10165


585736

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index / case #: 1:22-CV-02252
**AFFIDAVIT OF SERVICE**

GONZALO CORNELIO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED
*Plaintiff(s)*

**vs**

AMEER FOOD CORP. D/B/A AMEER FOOD CORP., ET AL
*Defendant(s)*

STATE OF NEW YORK, COUNTY OF KINGS, SS.:
AARON JONES, being sworn says: Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.
On 7/23/22, at **12:16 PM** at: **742 SAINT NICHOLAS AVENUE APT.4, NEW YORK, NY 10031**
Deponent served the within **SUMMONS & COMPLAINT, DEMAND BY EMPLOYEE TO INSPECT SHARE RECORDS AND MINUTES**
On which were set forth the Index No., herein, and date of filing
On: **ADMAN ISMAIL ""ADNAN T. ISMAIL""**,
(herein after called the recipient) therein named.

| | | |
|---|---|---|
| ☐ INDIVIDUAL | By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein. | |
| ☐ SUITABLE AGE PERSON | By delivering thereat a true copy of each to _()_ a person of suitable age and discretion. Said premises is recipient's: | [] actual place of business / employment<br>[] dwelling house (usual place of abode) within the state. |
| ☒ AFFIXING TO DOOR | By affixing a true copy of each to the door of said premises which is recipients | [X] actual place of business / employment<br>[] dwelling house (usual place of abode) within the state.<br>Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having visited there 07/21/2022 7:49 PM, 07/22/2022 2:02 PM |
| ☐ Corporation or Partnership | By delivering thereat a true copy of each to personally. Deponent knew said corporation/partnership so served to be the corporation/partnership described in said aforementioned document as said recipient and knew said individual to be | |
| ☒ MAILING | Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipients last known<br>[] Actual Place of Residence [X] Actual Place of Business<br>at **742 SAINT NICHOLAS AVENUE APT.4, NEW YORK, NY 10031**<br>and deposited the envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant. | |
| ☐ DESCRIPTION | Sex:    Color of skin:    Color of hair:    Glasses:<br>Age:    Height:    Weight:<br>Other Identifying Features: | |
| ☐ MILITARY SERVICE | I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. | |

☐ Subpoena Fee Tendered in the amount of
☐

Sworn to before me on 7/20/22

TAMARA TOWSHIN ALAM
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01AL6369961
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES JANUARY 18, 2026

AARON JONES
2101664-DCA
SLS Process Serving Company, LLC  90 State Street, Albany NY 12207 2084623-DCA

**Work Order No. 585736**

File No: 1:22-CV-02252

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| GONZALO CORNELIO, individually and on behalf of others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br><br>AMEER FOOD CORP. (D/B/A AMEER FOOD CORP.), ZACK ABDO, and ADMAN ISMAIL<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.   22cv2252<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Adman Ismail
748 St. Nicholas
Ave, New York, N.Y. 10031


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Catalina Sojo
CSM Legal P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date:  March 21, 2022     /S/ S. James
*Signature of Clerk or Deputy Clerk*

