Attorney:
CATALINA SOJO, ESQ.
CSM LEGAL, P.C.
60 EAST 42ND STREET SUITE 4510
NEW YORK NY 10165


585735

UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT
OF NEW YORK

GONZALO CORNELIO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED
        Plaintiff

AMEER FOOD CORP. D/B/A AMEER FOOD CORP., ET AL
        Defendant

Index / case #: 1:22-CV-02252

**AFFIDAVIT OF SERVICE**

ALBANY County, State of NEW YORK, ROBERT WELLS, being sworn, says: Deponent is not a party herein, is over the age of 18 years and resides in the State of: NEW YORK

On 7/26/22 at 7:43 am/**pm** at: 422 TROY SCHENECTADY ROAD LATHAM NY 12110

Deponent served the within: SUMMONS & COMPLAINT; DEMAND BY EMPLOYEE TO INSPECT SHARE RECORDS AND MINUTES

On which were set forth the Index No., herein, and date of filing

On: ZACK ABDO "ABDO ALI ALDUBAIS"
(herein after called the recipient) therein named.

[ ] **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

[ ] **Suitable Age person** — By delivering thereat a true copy of each to:_____ a person of suitable age and discretion. Said premises is recipients [ ] Actual Place of Residence [ ] Actual Place of Business within the State.

[X] **Affixing to Door** — By affixing a true copy of each to the door of said premises which is recipients [X] Actual Place of Residence [ ] Actual Place of Business, within the State
Deponent was unable with due diligence to find recipient or person of suitable age and discretion thereat having called there 7/15 @ 7:01 PM 7/18 @ 12:50 PM 7/22 @ 4:10 PM

[ ] **Corporation or Partnership** — By delivering thereat a true copy of each to:_____ personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said recipient and knew said individual to be_____ thereof.

[X] **Mailing** — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipients last known [X] Actual Place of Residence [ ] Actual Place of Business at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

[ ] **Description**
[ ] Male    [ ] White skin    [ ] Black hair    [ ] 14-20 Yrs    [ ] Under 5'    [ ] Under 100 Lbs
[ ] Female    [ ] Black skin    [ ] Brown hair    [ ] 21-35 Yrs    [ ] 5'0"-5'3"    [ ] 100-130 Lbs
   [ ] Yellow skin    [ ] Gray hair    [ ] 36-50 Yrs    [ ] 5'4"-5'8"    [ ] 131-160 Lbs
   [ ] Brown skin    [ ] Blonde hair    [ ] 51-65 Yrs    [ ] 5'9"-6'0"    [ ] 161-200 Lbs
   [ ] Red skin    [ ] Red hair    [ ] Over 65 Yrs    [ ] Over 6'    [ ] Over 200 Lbs
Other Identifying Features _____

[ ] **Military Service** — I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] Subpoena Fee Tendered in the amount of _____

[ ] _____

Sworn to before me on 7/27/22

Rosemary Lanni

(Print name below signature)
Robert Wells

ROSEMARY LANNI
Notary Public, State of New York
Qualified in Albany County
Reg No 4904277
Commission Expires Nov 1, 20__

File No. 1:22-CV-02252

Work Order No. 585735

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| GONZALO CORNELIO, individually and on behalf of others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> AMEER FOOD CORP. (D/B/A AMEER FOOD CORP.), ZACK ABDO, and ADMAN ISMAIL <br><br> *Defendant(s)* | Civil Action No.   22cv2252 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   ZACK ABDO
748 St. Nicholas
Ave, New York, N.Y. 10031

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Catalina Sojo
CSM Legal P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  March 21, 2022          /S/ S. James
                   *Signature of Clerk or Deputy Clerk*