```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                   :
GONZALO CORNELIO, *individually and on behalf of*    :
*others similarly situated*,                           :
                                                   :         1:22-cv-2252-GHW
                                 Plaintiffs,      :
                                                   :             <u>ORDER</u>
                     -against-                       :
                                                   :
AMEER FOOD CORP, *d/b/a Ameer Food Corp*, ZACK   :
ABDO, and ADMAN ISMAIL,                  :
                                                   :
                                 Defendants.    :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      In the Court's March 22, 2022 order, Dkt. No. 9, the parties were directed to submit a joint status letter and proposed case management plan no later than November 14, 2022. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's March 22, 2022 order forthwith.

      Plaintiff is directed to serve a copy of this order on all defendants in this action and to retain proof of service.

      SO ORDERED.

Dated: November 15, 2022
       New York, New York

                                                                            _____
                                                                             GREGORY H. WOODS
                                                                    United States District Judge