# CSM Legal, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

frank@csm-legal.com

## MEMORANDUM ENDORSED

January 19, 2023

Hon. Gregory H. Woods  
United States District Judge  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 1/19/2023

Re:  Cornelio et al v. Ameer Food Corp. et al;  
1:22-cv-2252

Your Honor:

This office represents Plaintiff in the above-referenced matter. We are writing to respectfully request an extension of time to move for default judgment, originally due by January 20, 2023. This is Plaintiff's first request for an extension.

On December 15, 2022, Plaintiff was Ordered to move for default judgment against Defendants by January 20, 2023. (Ecf. Dkt. 26) We are making this request as additional time is necessary to gather materials in support of Plaintiff's motion. Plaintiff respectfully requests an additional 14 days to move for default judgment, extending Plaintiff's time to file until February 2, 2023.

We thank your Honor for your attention to this matter.

If Plaintiff wishes to move for default judgment against Defendants, the Court expects Plaintiff will do so no later than February 2, 2023. Any application for the entry of default judgment must comply with the procedure outlined in Attachment A to the Court's Individual Rules of Practice in Civil Cases.

The Clerk of Court is directed to terminate the motion at Dkt. No. 27.

Respectfully Submitted,

By: /s/ Frank Palermo  
Frank Palermo, Esq.  
60 East 42nd Street, Suite 4510  
New York, New York 10165  
Telephone: (212) 317-1200  
*Attorneys for Plaintiff*

SO ORDERED.

Dated: January 19, 2023

_____  
GREGORY H. WOODS  
United States District Judge

*Certified as a minority-owned business in the State of New York*