# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620

frank@csm-legal.com

## MEMORANDUM ENDORSED

February 2, 2023

Hon. Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2023
```

Re: Cornelio et al v. Ameer Food Corp. et al;
1:22-cv-2252

Your Honor:

This office represents Plaintiff in the above-referenced matter. We are writing to respectfully request a brief extension of time to move for default judgment, currently due by February 2, 2023. This is Plaintiff's second request for an extension.

On December 15, 2022, Plaintiff was Ordered to move for default judgment against Defendants by January 20, 2023. (Ecf. Dkt. 26) Plaintiff first requested additional time to file on January 19, 2023, extending Plaintiff's time to file to February 2, 2023. (Ecf. Dkt. 27) Plaintiff now respectfully requests an additional week to move for default judgment, extending Plaintiff's time to file until February 9, 2023.

We thank your Honor for your attention to this matter.

Respectfully Submitted,

By: /s/ Frank Palermo
Frank Palermo, Esq.
60 East 42nd Street, Suite 4510
New York, New York 10165
Telephone: (212) 317-1200
*Attorneys for Plaintiff*

Application granted. The Court expects that any application for an order to show cause regarding default judgment will be filed no later than February 9, 2023.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 41.

SO ORDERED.

Dated: February 3, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge

*Certified as a minority-owned business in the State of New York*