UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GONZALO CORNELIO, *individually and on behalf of others similarly situated,*

                          *Plaintiff,*

                  -against-

AMEER FOOD CORP. (D/B/A AMEER FOOD CORP.), ZACK ABDO, and ADMAN ISMAIL,

                        *Defendants,*

-----------------------------------------------------------------X

1:22-cv-02252 (GHW)

**DEFAULT JUDGMENT**

The summons and Complaint in this action having been duly served on the above-named Defendants AMEER FOOD CORP. (D/B/A AMEER FOOD CORP.), ZACK ABDO, and ADMAN ISMAIL, and said Defendants having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed Affidavit in support of entry of default judgment, with exhibits thereto;

NOW, on motion of Plaintiff, by his attorneys, CSM Legal, P.C., it is hereby ORDERED, ADJUDGED, and DECREED:

that Plaintiff GONZALO CORNELIO, have judgment jointly and severally against Defendants AMEER FOOD CORP. (D/B/A AMEER FOOD CORP.), ZACK ABDO, and ADMAN ISMAIL, in the total amount of in the amount of $48,468.03, including compensatory damages and permissible liquidated damages, plus pre-judgment interest.

That the Plaintiff is also awarded attorney's fees in the amount of $4,500.25 and costs in the amount of $678.90, all computed as provided in 28 U.S.C. § 1961(a).

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated: New York, New York
          _____, 2023.

 

_____

HONORABLE GREGORY H. WOODS
UNITED STATES DISTRICT COURT JUDGE