USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
GONZALO CORNELIO, *individually and on behalf of others similarly situated*,   :
:
                    Plaintiffs,   :
:
       -against-   :
:
AMEER FOOD CORP, *d/b/a Ameer Food Corp*, ZACK ABDO, and ADMAN ISMAIL,   :
:
                    Defendants.   :
:
------------------------------------------------------------------- X

1:22-cv-2252-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      On February 9, 2023, Plaintiff's counsel submitted a proposed order to show cause and supporting documents. The proposed order to show cause submitted by Plaintiff's counsel is not viable. Counsel proposes innovatively that there will be no personal appearances in connection with the order to show cause. The Court will not proceed in that way. If Plaintiff's counsel wishes for the Court to issue an order to show cause, a more customary form providing for an in-person hearing before the Court on a date certain must be presented to the Court. The proposed form should include proposed deadlines for a both a written response to the order to show cause as well as a date for a reply to any such response. The Court expects that it will schedule a date for the hearing after the completion of any briefing schedule established by the Court.

      Plaintiff is directed to serve a copy of this order on all defendants in this action and to retain proof of service.

      SO ORDERED.

Dated: February 9, 2023
       New York, New York

                                                                             _____
                                                                             GREGORY H. WOODS
                                                                            United States District Judge