UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
GONZALO CORNELIO,

             Case No.: 22-cv-02252-GHW

Plaintiff,

             SATISFACTION OF JUDGMENT

-against-

AMEER FOOD CORP. (D/B/A AMEER FOOD CORP.), ZACK ABDO, and ADMAN ISMAIL

Defendants.

----------------------------------x

    WHEREAS, a judgment was entered in the above action on the 18th day of April 2023, in favor of Plaintiff GONZALO CORNELIO, against Defendants AMEER FOOD CORP. (D/B/A AMEER FOOD CORP.), ZACK ABDO, and ADMAN ISMAIL, jointly and severally, in the amount of $48,836.08, and said judgment with interest and costs thereon having been compromised and fully satisfied, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

    THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York July _27_, 2023

                                                   Jesse Barton, Esq.
                                                   CSM LEGAL, P.C.
                                                   60 East 42nd St. Suite 4510
                                                   New York, NY 10165
                                                   Tel: (212) 317-1200; Fax: (212) 317-1620
                                                   Email: jbarton@csm-legal.com
                                                   *Attorneys for Plaintiff*

STATE OF NEW YORK)

)   ss.:

COUNTY OF NEW YORK)

On the 27th day of July, 2023, before me personally came Jesse Barton, to me known and known to be Of Counsel of the firm of CSM Legal, P.C., attorneys for Plaintiff in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

/Notary Public

